**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-61130-MIDDLEBROOKS

MELISSA DE LA PAZ LOPEZ,

      Petitioner,

v.

WARDEN, Broward Transitional Center, in his or
her official capacity, et. al,

      Respondents.

_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern

District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta

Augustin-Birch for a Report and Recommendation and to take all action required by law on the

Petitioner for Writ of Habeas Corpus under 28 U.S.C. § 2241 (DE 1), filed April 16, 2026.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 21 day of April, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record