**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 26-CV-61330-MIDDLEBROOKS

MELISSA DE LA PAZ LOPEZ,

        Petitioner,

v.

WARDEN OF BROWARD TRANSITIONAL
CENTER, ET AL.,

        Respondent.

_____/

## ORDER APPROVING JOINT
## MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Substitute

Counsel, filed on May 7, 2026 (DE 7). The Parties request the withdrawal of Nora M. Rilo of the

Law Office of Angel F. Leal, Jr., and recognizing the substitution of Themistoklis E. Aliferis and

Jose L. Flores, of the Law Office of Sammy Aliferis P.A., for Petitioner Melissa De la Paz Lope.

Having considered the Motion, it is hereby **ORDERED and ADJUDGED** as follows:

1.      The Parties' Joint Motion for Substitution of Counsel (DE 7) is **GRANTED**.

2.      Attorney Nora M. Rilo shall no longer have any responsibility for this matter.

3.      The Law Office of Angel F. Leal, Jr. shall no longer have any responsibility for this matter.

4.      Attorney Themistoklis E. Aliferis shall be substituted as counsel of record for Petitioner Melissa De la Paz Lopez.

5.      Attorney Jose L. Flores shall be substituted as counsel of record for Petitioner Melissa De la Paz Lopez.

6.     *The Parties are advised that this substitution of counsel shall not affect pending litigation deadlines in this matter.*

**SIGNED** in Chambers, at West Palm Beach, Florida this 11 day of May, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record

2